IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

| | |
|---|---|
| EMPIRE PETROLEUM HOLDINGS, LLC | PLAINTIFF |
| VS. | CAUSE NO. 2:11-cv-064-V |
| BILL STUBBLEFIELD and DON SMITH | DEFENDANTS |
| BILL STUBBLEFIELD and DON SMITH | COUNTER-PLAINTIFFS |
| VS. | |
| EMPIRE PETROLEUM HOLDINGS, LLC | COUNTER-DEFENDANT |

**ORDER GRANTING MOTION OF EMPIRE PETROLEUM HOLDINGS, LLC TO SUBSTITUTE PROPER PARTY DEFENDANT IN PLACE OF BILL STUBBLEFIELD, DECEASED**

Before the Court is the Motion of Empire Petroleum Holdings, LLC to Substitute Proper Party Defendant in Place of Bill Stubblefield, Deceased.

For good cause shown and being advised that the substitute party has no objection, the instant motion should be granted in all respects without the necessity of a hearing, it is,

**THEREFORE**, **ORDERD** that pursuant to Fed. R. Civ. P. 25(a), Mari Klyce Oakes Stubblefield, as executrix of the estate of Bill Stubblefield, deceased, shall be, and is hereby, substituted as a proper party defendant to this cause in Mr. Stubblefield's stead with respect to all claims not subject to arbitration as determined by this court.

SO ORDERED this 9th day of May, 2012.

/s/   Jane M. Virden
UNITED STATES MAGISTRATE JUDGE